JS-6

Brian C. Claassen (CA 253627)
Brian.claassen@knobbe.com
Douglas B. Wentzel (CA 313452)
Douglas.wentzel@knobbe.com
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Attorneys for Defendant
SHARKNINJA OPERATING LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| OPTIMUM VECTOR DYNAMICS LLC, a Texas limited liability company,<br>Plaintiff,<br>v.<br>SHARKNINJA OPERATING LLC, a Delaware limited liability company,<br>Defendant. | Case No. 8:26-cv-00114-KES<br>Magistrate Judge: Hon. Karen E. Scott<br>**[~~PROPOSED~~] JUDGMENT** |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and for the reasons set forth in the Court's Order Granting Motion to Dismiss dated July 7, 2026 (Dkt. 24), the Court hereby **ORDERS** and **ENTERS JUDGMENT** that U.S. Patent No. 8,649,971 (the "'971 patent") is invalid under 35 U.S.C. § 101 and Plaintiff Optimum Vector Dynamics LLC's sole cause of action for infringement of the '971 patent (Dkt. 1, Count I) is dismissed WITH prejudice.

Plaintiff Optimum Vector Dynamics LLC shall bear Defendant SharkNinja Operating LLC's costs.

Each Party shall bear its own attorneys' fees.

**IT IS SO ORDERED.**

Dated: August 31, 2026

Karen E. Scott

Hon. Karen E. Scott
United States Magistrate Judge

70552493